In the Matter of HELEN BROOKS et al., Respondents, against PAUL J. KERN et al., Constituting the Municipal Civil Service Commission of the City of New York, et al., Appellants.

Argued December 2, 1940; decided December 31, 1940.

*William C. Chanler, Corporation Counsel (Robert H. Schaffer* of counsel), for appellants.

*Albert de Roode* for respondent.

Orders modified in accordance with the opinion in *Matter of Beggs* v. *Kern* (284 N. Y. 504), decided herewith, and as so modified affirmed, without costs. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.